

Jeremy Travis Paige
221 North Timber Street
Brandon, Ms. 39042

"INMATE MAIL"
Rankin County Jail

"Legal Mail"

Legal Mail

Original: 13/13 Page's
Copy: 11/11 Page's

RECEIVED
MAR 24 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Att:
(Arthur Johnston)
Clerk

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201