Orignal

Att: Arthur Johnston

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 24 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

Date 3/18/20

This letter is to bring to the courts attention that legal material. Is very hard to receive in Rankin County Jail. I have asked for information, and have only been able to get this kind of answer. The access to legal material is only able to come in on a post card, Restricting of all kinds of research. I have been trying to get answers for my suite and case to help me futher my knowlge so I do not make any mistakes. So please bare with me, IF I need a attorney. Can the Courts appoint one? Or can Something be done about this Problem? Thank you and God bless

Jeremy Paige
Jeremy Paige

Included is an example of what im talking about.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 24 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

## Cover Sheet

Name - Jeremy Travis Paige

Date - 3/18/20

orignal - Orignal Packet; Contains 13/13 Pages

copy - Copy; Contain's 11/11 Pages

## "Note to Clerk"

Request - Please use orignal Copy for Court Proceeding's

Ending - Thank you good day God Bless

*Jeremy Paige*
Jeremy Paige

Mr. Paige,

I have included what I could of the a Complaint for Violation of Civil Rights (Prisoner) below. Unfortunately, Rankin County Jail only permits us to send postcards.

UNITED STATES DISTRICT COURT
for the

District of
Division

Case No.

(to be filled in by the Clerk's Office)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)
-v-
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 24 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

