Hey Mr. Auther Johnston im writing you to make sure that you got my last letter? Where I was giving the go ahead and proceed with my case. And to tell you Thank you May God Bless you and stay safe

Jeremy Paige
221 N. Timber St.
Brandon, MS

RECEIVED
APR 15 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Rankin County Jail

Att:
ARTHUR JOHNSTON
Clerk US District of MS.
501 East Court St Suit 2500
Jackson, MS 39201

