

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 8 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Jeremy Travis Paige, R5845
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEREMY TRAVIS PAIGE                                                                                    PLAINTIFF

VS.                                                                                    CIVIL ACTION NO. 3:20-cv-197-FKB

RANKIN COUNTY;
BRETT McALPIN; and
SHERIFF BRYAN BAILEY                                                                                 DEFENDANTS

## OMNIBUS ORDER

This is an action pursuant to 42 U.S.C. §1983 brought by Jeremy Travis Paige, who was a pretrial detainee at the Rankin County Detention Center ("RCDC") at the time of the subject incident giving rise to this legal action. The Court held an omnibus hearing in this matter on September 30, 2020. During the omnibus hearing, the undersigned questioned Plaintiff concerning his claims and addressed other case management issues. Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders as follows.

Plaintiff's claim, as clarified at the omnibus hearing, is that between the evening hours of August 1, 2018, and the early morning hours of August 2, 2018, he was physically assaulted by law enforcement officers. [26] at 7-11. Plaintiff alleges that sometime between 6:30 p.m. and 7:00 p.m., he was stopped at a red light when Officer Brett McAlpin "snatched [him] out by the window of the car and they [officers] started beating [him]." *Id.* at 8-9. According to Plaintiff, following the beating near the traffic light, he was handcuffed and somehow taken to his home, where narcotics officers dragged him through his yard and into his home and beat him until approximately 1:30 a.m., when he arrived at the jail. *Id.* at 9-11.[1] Plaintiff's recollection is that he received no medical care after he arrived at the jail; rather, he was cleaned for his mugshot. *Id.*

---

[1] In his Complaint [1], Plaintiff also alleged that while at his home, officers gave him a phone and told him to make a drug deal, but he texted his oldest son's mother instead. [1] at 5.

1

at 12-13. The Court construes Plaintiff's cause of action as a claim that Defendants violated his Fourteenth Amendment due process rights and his Fourth Amendment right to be free from excessive force during an arrest.

At the omnibus hearing, the parties consented to magistrate judge jurisdiction. *Id.* at 5. The Court also addressed document production and ordered Defendants to produce copies of Plaintiff's inmate records and medical records. *Id.* at 14. Defense counsel indicated that copies of investigative records pertaining to Plaintiff's criminal charges associated with the same incident will be available for production after Plaintiff's criminal trial. *Id.* Further, the Court ordered Plaintiff to complete a medical authorization form allowing Defendants to obtain his medical records. *Id.*

Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by June 30, 2021. Any dispositive motions must be filed by July 14, 2021.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

SO ORDERED, this the 9th day of February, 2021.

/s/ F. Keith Ball  
UNITED STATES MAGISTRATE JUDGE

# Other Orders/Judgments

3:20-cv-00197-FKB Paige v. Rankin County et al

ADMINISTRATIVE,CONSENT,FKB

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 2/9/2021 at 4:17 PM CST and filed on 2/9/2021
**Case Name:** Paige v. Rankin County et al
**Case Number:** 3:20-cv-00197-FKB
**Filer:**
**Document Number:** 36

**Docket Text:**
**OMNIBUS ORDER. Signed by Magistrate Judge F. Keith Ball on 2/9/2021. (dcw)**

**3:20-cv-00197-FKB Notice has been electronically mailed to:**

Jason E Dare    jdare@bpislaw.com, nbarfield@bpislaw.com

**3:20-cv-00197-FKB Notice has been delivered by other means to:**

Jeremy Travis Paige
R5845
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/9/2021] [FileNumber=5833175-0]
[6b778c4ef0e4b73791e5dc8c6fa6d7cd05c755a90915f007811867ce5a72f4edad67
dd23d510681a10b943ac6a1abe21a92085f3f5d06f9745869998ab79ea2f]]