orignal Copy

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Paige
(Last Name)          (Identification Number)
Jeremy          Travis
(First Name)          (Middle Name)
Rankin County Jail
(Institution)
221 N. Timber St
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 24 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

V.          CIVIL ACTION NUMBER: ___N/A___
3:20cv197-DPJ-FKB
(to be completed by the Court)

Rankin County
Rankin County Sherriff's Department
Brett McAlpin
Bryan Baily Sherriff
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( )    No (✓)

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

Page 1 of 4

**EXHIBIT 1**

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Jeremy Travis Paige     Prisoner Number: R5845

Address: 221 North Timber St
Brandon, MS. 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Brett McAlpin     is employed as A officer
Police     at Rankin County Sherriff's Department

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:
Jeremy Travis Paige
Jeremy Travis Paige

ADDRESS:
221 North Timber st. Brandon, MS 39042
1124 Brookly st. Jackson, MS. 39212

DEFENDANT(S):

NAME:
③ Brett McAlpin
④ Bryan Baily
① Rankin County
② Rankin County Sherriff's Dept.

ADDRESS:
Rankin County Sherriff's Dept. Brandon MS 39042
Rankin County Sherriff's Dept. Brandon MS 39042
Rankin County MS. 39042
Rankin County MS 39042

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

(Attached Statement Page's 4/4)

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. I would like the Court to access a Judgement, Pain, Suffering, lost time & Mental anguish make A fair ruling, and Compansation

Signed this 18 day of March, 20 20.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*Jeremy Paige*
Signature of plaintiff

Page 4 of 4

3/18/2020

August 1, 2018

I, Jeremy Paige was stopped by Brett McAlfin on August 1, 2018. I was punched in the face knocked out, Don't know how I was taken back to my house, when I came too I was being dragged into my house by narcotics officers. I was taken to my room-mates bedroom. I was then giving a phone and told to make a drug deal, while being handcuffed at which point I was texting my oldest son's mother Crystral Pitts. Telling her to get me some help that they wanted a drug bust and was trying to kill me. My son and his mother came by to check on me. My son Trace was turned around at the front door. My Room-mate Christy Ivy and a friend of ours named Tommy Nowell was told to go wait in the front yard with other officers. I was then taken to the front yard and place in a Pearl police car. Where I was beat on some more, the whole way to Rankin County Jail. When I was booked in the nurses was waiting on me. They started cleaning me up. At which point Booking officers said no we have to take pictures of me from head to toe about 4:00 to be exact. The time frame from start to booking was 6:45 p.m. August 1st, I wasn't booked in jail until 7:30 a.m. on August 2nd.

Jeremy Paige

3/18/2020

I Jeremy T. Paige, Do hear by swear to the Statement that I've written keeping it as brief as possiable to be true so help me God...

I having wittnesse's and evidence to support my claims I am worried about retaliation or harrasment am including this for future refferances. To be duelie noted and will bring up all names, evidence, and other guilly parties to support my cliams. Thank you for your time and help inclosing Good Day and God-Bless.

Jeremy Paige

Original

3/18/2020

List of evidence and witnesses:

Wittness:
1). Jeremy Paige
2). Christy Ivy
3). Tommy Nowell
4). Crystal Pitts
5). Trace Paige
6). Booking officer
7). Nurses on Duty

Evidence:
1). Text messages received by exwife
2). Booking Pictures
3). medical Request
4). Goinvence forms.


Jeremy Paige


I Jeremy Paige sware that all listing to be on this page.

In future refferances will go into more detail, as needed to support my claim as ordered by Courts. I do wish for quick release, & speedy Justice in this matter. Thank you for all your help. Good-Day & God-Bless.

Jeremy T. Paige