# AFFIDAVIT OF BRETT McALPIN

STATE OF MISSISSIPPI
COUNTY OF RANKIN

**NOW COMES** Brett McAlpin, Affiant, and first being duly sworn does hereby state upon first-hand personal knowledge and under oath, as follows:

1. My name is Brett McAlpin and I am an adult resident citizen of Rankin County, Mississippi. I have personal, first-hand knowledge of the facts set forth in this affidavit. I am under no mental disability and am competent to make this affidavit.

2. I received a criminal justice degree from the University of Southern Mississippi in 1995 and have been with the Rankin County Sheriff's Department for the past 20 years. I am currently a narcotics investigator with the Rankin County Sheriff's Department and held that title in August of 2018.

3. A true and correct copy of incident report relating to the arrest of Jeremy Travis Paige on August 1, 2018 is attached hereto as **Exhibit A**, which contains an accurate depiction of facts and events on that date.

4. After Paige was stopped on August 1, 2018 and I approached his vehicle, I noticed that Paige was moving around violently and reaching under the driver's seat. I instructed Paige to raise his hands and exit the vehicle multiple times, but Paige refused to comply with my requests. Fearing that he might be reaching for a weapon, I opened the driver's side door and attempted to pull Paige from the vehicle. Paige wrapped his arm in the steering wheel and held onto the steering wheel while punching me with the other hand.

5. I still did not know whether Paige had a weapon once I removed him from the vehicle and he remained non-compliant with all officer's requests. The other officers and I had to physical take Paige down to the pavement and had to physically grapple with him in

EXHIBIT 2

order to subdue him. Paige continued to fight during this entire process, including kicking at officers and refusing to put his hands behind his back to be handcuffed. I did not personally hit or kick Paige while trying to subdue him but do not know if other officers used such force on him prior to him being handcuffed.

6. Neither I nor any other officer used any physical force on Paige once he was handcuffed and subdued.

7. When Paige was transported back to the 220 Pine Park Drive residence on August 1, 2018, I spoke with him and other individuals at the residence to determine if any illegal items were at the residence. I did not use any physical force on Paige once he was back at the 220 Pine Park Drive residence and am unaware of whether any other officer was required to use physical force on him while at the residence.

**FURTHER,** Affiant sayeth naught.

_____
**BRETT McALPIN**

**SWORN TO AND SUBSCRIBED BEFORE ME,** this 12 day of August, 2021.

_____
**NOTARY PUBLIC**

My Commission Expires:
_____



Received: 08/01/2018 20:12    Incident No: 2018080055      Signal: DR
Dispatched: 08/01/2018 20:13    Location: 120 HWY 80 PEARL
Enroute:    Occurrence: 08/01/2018 20:12
Arrived: 08/01/2018 20:52    X Coordinate:    Y Coordinate:
Completed: 08/02/2018 01:26
Status Date/Time: 08/02/2018 10:53    Status: CLEARED BY ARREST    Clearance:

EXHIBIT A

Dispatch Notes: 2017090356 08/01/2018 20:12:49: sale of controlled substance
2017090356 08/01/2018 20:43:53: VIN/

RR.MSLIC0000.MS0610000.*MRI6441120.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/RHM059    LIT/PC EXP/04-2019 ISSUED/04242018 TAG STATUS/1
VIN/                           2015 NISS ALTI SD  Black
PUR-DTE/04242018 TLE-DTE/05082018 TLE/MS2050498560   TYPE/T
REG/IVY, CHRISTIE LYNN          TLE/IVY, CHRISTIE LYNN

 220 PINE PARK DR              220 PINE PARK DR

  PEARL       MS 392085738       PEARL      MS 392085738

 CO/RANKIN       CO/RANKIN           #LEINS/1
 LEIN/1 DTE/              LEIN/2 DTE/

DECAL#/9RHM059


Insurance Status/UNCONFIRMED Instructions/Manually Check Insurance Card.


MRI 6441131 31103  116 AT 20:43:40 08/01/18
2017090356 08/01/2018 20:44:40: felony possession
2017090356 08/01/2018 20:45:20: OLN/318801529

OLN/318801529    CLASS/Regular Operator
IVY        CHRISTIE     LYNN
1501 RIDGEVIEW APT F 8       JACKSON   MS 392129479
RAC/W   SEX/F  EYE/Blue   HAI/Brown  HGT/505    WGT/115
SOC/         DOB/          ISSU/           EXP/
RESTRICTIONS/NONE     ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Cancelled      STATUS CDL:UNLICENSED
  ** END OF DRIVERS HISTORY **

2017090356 08/01/2018 20:46:15: OLN/802925208

OLN/802925208    CLASS/State ID Card
IVY        CHRISTIE     LYNN
220 PINE PARK DR          PEARL     MS  392080000
RAC/W   SEX/F  EYE/Blue   HAI/Blonde  HGT/505    WGT/125
SOC/          DOB/          ISSU/           EXP/2
RESTRICTIONS/NONE     ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:UNLICENSED     STATUS CDL:UNLICENSED
  ** END OF DRIVERS HISTORY **

** STATE SPECIFIC DATA **
ALERT: ID Card ONLY:

```
MRI 6441433 31103  119 AT 20:46:03 08/01/18

2017090356 08/01/2018 21:10:25: OLN/425870493

OLN/802672049    CLASS/Regular Operator
BROCK       MADELYN     JAYNE
                            BRANDON    MS  390420000
RAC/W    SEX/F  EYE/Hazel  HAI/Brown  HGT/505   WGT/160
SOC/4         DOB/         ISSU/           EXP/
RESTRICTIONS/I      ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed      STATUS CDL:UNLICENSED
  ** END OF DRIVERS HISTORY **

2017090356 08/01/2018 22:24:25: OLN

OLN/800107820    CLASS/Regular Operator
PAIGE       JEREMY      TRAVIS
831 MEADOW LANE          BYRAM      MS  392720000
RAC/W    SEX/M  EYE/Hazel  HAI/Brown  HGT/602   WGT/165
SOC/         DOB/         ISSU/           EXP/
RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:Licensed      STATUS CDL:UNLICENSED

CONVICTED OF         OCCUR-DT  CONV-DT COM/HAZ ACC ENF-AGENCY      DISP
CARELESS DRIVING        031514    031514 N N    N  Richland PD      FTA
VIOL CNTRL SUBS ACT     031514    031514 N N    N  Richland PD      GLT
  ** END OF DRIVERS HISTORY **

2017090356 08/01/2018 22:25:13: JEREMY PAGE FOR SALE AND POSSESSION
2015040434 08/02/2018  0:48:50: VIN/1HGCS2B84AA005656

RR.MSLIC0000.MS0610003.*MRI6460683.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/06102    LIT/CL EXP/03-2019 ISSUED/04052018 TAG STATUS/1
VIN/                      2010 HOND AXL  CP  BLUE
PUR-DTE/03152017 TLE-DTE/05172017 TLE/F635076      TYPE/T
REG/                     TLE/


   FLOWOOD     MS 39232       FLOWOOD    MS 39232

CO/RANKIN          CO/RANKIN              #LEINS/1
LEIN/1 DTE/                   LEIN/2 DTE/
```

########## **OFFENDER** ##########

ID # 2017070008        BROCK, MADELYN JAYNE                                Home/Business
                                   , FLORENCE MS 390730000
   TYPE OF INDIVIDUAL  I                                                  (601)
                                                                          (601)

| | | | | | |
|---|---|---|---|---|---|
| DOB: | AGE: 19 +/- 00 | RACE: W | SEX: F | Height: 5-6 | Weight: 167 SSN: |
| OLN: | State: | Class: Commercial: | Birth City/State: JACKSON | | MS |
| Appearance: 10 | Build: 2 | Complexion: 06 | Ethnicity: N | Eyes: HAZ | |
| Hair: BRO | Hair Length: 10 | Hair Style: | Resident: R | M.O.: | |

EMPLOYER: TITLE GROUP

HATE/BIAS MOTIVATED: UNKNOWN     CLOTHING: NEAT/WELL GROOMED

OFFENDER USED: DRUGS/NARCOTICS

**OFFENSE** 1    OFFENSE (RS #) 41-29-139(a)    ATT/COMP C    UCR Code: 35A
CONT. SUBST.: SALE/DISTRIBUTE/

Offense Connected to Victim Sequence Number:    1 SOCIETY,

## ******* ARRESTEE REPORT ********

ARRESTEE #: 1    NAME: BROCK, MADELYN JAYNE     FINGERPRINT CARD #:
2018080003    ADDRESS: (STREET, CITY, STATE, ZIP)       , FLORENCE MS
MULTIPLE ARRESTEE SEGMENTS INDICATOR: N     SOC. SEC. NUMBER:
AGE: 19 +/- 00    SEX: F    ETHNICITY: N    HEIGHT: 5-6    WEIGHT: 167    EYES: HAZ    HAIR: BRO
DOB:    RACE: W    RESIDENT STATUS: RESIDENT     ARREST DATE: 8/02/2018
TYPE OF ARREST: TAKEN INTO CUSTODY    ARRESTING OFFICER: MCALPIN, BRETT
ARREST LOCATION: HWY 80 PEARL MS     MIRANDA DATE/TIME:
MIRANDA OFFICER:     MIRANDA LOCATION:

Arrestee Connected to Offense #: 1    RS #: 41-29-139(a)    CONT. SUBST.: SALE/DISTRIBUTE/MANUFACTURE/POSSESS
ARRESTEE WAS ARMED WITH: 01    ☐ Auto    UNARMED

## ********** OFFENDER **********

ID # 33386     PAIGE, TRAVIS JEREMY     Home/Business
    6645 SOUTH SIWELL DR    , BYRAM MS 392720000     (601) 291-4241
TYPE OF INDIVIDUAL I
    (601)

| | | | | | |
|---|---|---|---|---|---|
| DOB: | AGE: 41 +/- 00 | RACE: W | SEX: M | Height: 6-1 | Weight: 165 SSN: |
| OLN: 800107820 | State: MS Class: R | Commercial: | Birth City/State: PILAKI | | FL |
| Appearance: 20 | Build: 1 | Complexion: 06 | Ethnicity: N | Eyes: HAZ | |
| Hair: BRO | Hair Length: 20 | Hair Style: | Resident: R | M.O.: | |

EMPLOYER: SIDING WITH STRENGTH

HATE/BIAS MOTIVATED: UNKNOWN     CLOTHING: DIRTY

OFFENDER USED: DRUGS/NARCOTICS

**OFFENSE** 2    OFFENSE (RS #) 41-29-139(c)    ATT/COMP C    UCR Code: 35A
CONT. SUBST.: POSSESSION OF SC

Offense Connected to Victim Sequence Number:    1 SOCIETY,

########## VICTIM(S) *********

| | | |
|---|---|---|
| ID # 2009030127 | SOCIETY, | Home/Business |
| | , BRANDON MS 00000000 | (601) |
| TYPE OF INDIVIDUAL S | | (601) |
| | | (601) |

DOB: / /    AGE: 0   +/- 00   RACE:U        SEX:U        Height: 0- 0   Weight: 0   SSN: 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
OLN:              State: MS Class:   Commercial:   Birth City/State:
Appearance:        Build:           Complexion:         Ethnicity:U         Eyes:
Hair:        Hair Length:        Hair Style:         Resident: U         M.O.:
EMPLOYER:

INJURY TYPE(S): ☒ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

########## PROPERTY **********

Property ID#: 2018080004           Type: 10      DRUGS/NARCOTICS
Connected With (Party, Offense):                      1 CONT. SUBST.: SALE/DISTRIBU
Serial/VIN:                  Year:      Make:      Model:      Color:
Style:        License\State\Exp:            ☐ Locked    ☐ Keys     Value:   $1.00
Insurance:                 Lien:              Towed By:
Owner:         Owner ID#: 2017070008           Caliber:              ☐ Registered
Reported Stolen ID#:                Returned/Sold - Date/Amount:       0.00
Drug Code: L    Unit of Measure:  GM    Quantity:   1.00
Status: 6    SEIZED            Agency: RCSO   Value:   1.00   Quantity:   1.00
Status Date/Time: 8/02/2018  18:12  Location:
Comments:

##### ASSIGNED OFFICER *******
THORNTON, ROGER CHAD

##### ASSISTING OFFICER ******
RAYBORN, JAMES
STICKMAN, LUKE

##### ASSIGNED DETECTIVE ******
MCALPIN, BRETT

##### ASSISTING DETECTIVE(S) ******
MCALPIN, BRETT

##### DISPATCHER(S) ******
TACKETT, SHANNON A

##### CALL RECEIVED BY ******
TACKETT, SHANNON A

##### OTHER PARTY(IES) ******
SANDIFER, PHILLIP LEE
HALLS TOWING SM,

On this date I (McAlpin) met with an RCSO CI for the purpose of purchasing methamphetamine from w/m Jeremy Travis Paige. The CI made contact with Paige via cell phone where arrangements were made to meet at the Flying J. The CI agreed to purchase $200.00 or approximately 3.5 grams of methamphetamine from Paige. I then searched the CI for any illegal substances or related paraphernalia, none were found. I then provided the CI with $200.00 in official funds. The CI was then accompanied by an RCSO UC who was task with driving the CI to meet Paige. I along with responding marked and unmarked RCSO units followed the CI to the Flying J Service Station. Upon arrival I followed the CI into the parking lot while marked RCSO units remained in the immediate area. Shortly after our arrival Paige notified the CI stating he wanted to meet at Romantic Adventures on Highway 80 west of Old Highway 49. I followed the CI to this location where the CI parked in the parking lot west of Romantic Adventures. I maintained visual contact with CI from Highway 80.

At approximately 1930 the UC advised they were being approached by a blue Honda passenger car (06102) occupied by two white females and a white male. The vehicle pulled alongside the UC vehicle at which time the CI exited the UC vehicle and walked to the driver's side of the suspect vehicle. The Ci then spoke with the driver, a white female. The CI received a yellow bag which contained two glow sticks along with a smaller bag which contained two clear plastic bags containing a clear granular substance believed to be methamphetamine. The CI then asked the driver if she was sure it was there. The CI replied she was one hundred percent sure. The CI then provided the driver with the $200.00 in official funds. Upon returning to the UC vehicle I along with responding deputies were advised the suspect vehicle was leaving traveling west on Highway 80. I along with responding deputies were able to stop the suspect vehicle on Highway 80 west of Romantic Adventures. I was then able to identify the driver as Madelyn Jayne Brock. Brock was accompanied by a juvenile female and juvenile male. Brock was then taken into custody and advised of her Miranda rights. The two juveniles were placed in a waiting RCSO patrol vehicle. I the recovered the purchased substance from the CI and placed itin a sealed evidence bag (exhibit one). During the search of the vehicle I was able to recover the $200.00 in official funds from the center console area of the vehicle (rear floor board at the center console). Upon being taken into custody Brock voluntarily began to state she was delivering the methamphetamines for Paige. Brock continued to explain Paige told her he would give her $50.00 of the $200.00 she received for delivering the methamphetamine. Brock stated after she received the $200.00 she was to meet Paige at a house located on Pine Park Drive. Paige stated she would direct deputies to the residence where she was to meet Paige.

I along with responding deputies were then directed to 220 Pine Park Drive. Upon our arrival I learned Paige was not at the residence then advised he would be driving a black Nissan Ultima which belonged to the home owner Christie Lynn Ivy. Brock was then transported to the RCSO Jail. I along with responding deputies remained in the immediate area waiting for Paige to return. At approximately 2130 I observed a black Nissan Ultima turn onto Pine Park Drive from Pine Circle Drive. I observed the vehicle to be driven by a white male. I then turned my headlights on at which time I observed the vehicle stop then begin to back up. I then activated my blue lights at which time the vehicle accelerated west on Pine Circle Drive towards Pearson Road. I observed the license plate (RHM 059) returned to Christy Ivy of 220 Pine Park Circle. Assisting deputies were able to

intercept the vehicle at the intersection of Pine Circle Drive and Pearson Road. Upon approaching the vehicle I observed the driver to be reaching in and around the driver's seat in apparent attempts to retrieve of conceal an item or items. I order the driver who I recognized to be Jeremy Paige to put his hands up and exit the vehicle. Paige refused to comply continuing to move around the driver's area.  I was able to access the driver's area and attempted to remove Paige from the vehicle. Paige began to actively resist be holding onto the steering wheel with one arm and waiving the other. I along with assisting deputies were soon after able to remove Paige from his vehicle where he continued to actively resist by attempting to kick deputies and refusing to place his hands behinds his back.  I along with assisting deputies were able to gain control over Paige and take him into custody. I then observed small clear plastic bags containing clear granular substances believed to be methamphetamine (exhibit two).  Paige then began stating the vehicle belonged to Ivy and that he could find more methamphetamine. I along with responding then returned to 220 Pine Park Drive where Ivy's vehicle was returned. Ivy gave consent to search her residence along with Paige directing myself to his room where he also consented to search. No further illegal substances or related paraphernalia was located. Paige was then transported to the RCSO Jail.