# EXHIBIT 4

To be filed conventionally, under seal and with restricted access.