# INDICTMENT

STATE OF MISSISSIPPI

VS.

JEREMY TRAVIS PAIGE and
MADELYN JAYNE BROCK



CAUSE NO. 30643

DEFENDANTS

*Indictment for the offense of:*
**SALE OF METHAMPHETAMINE,** (Both Defendants)
**A SCHEDULE II CONTROLLED SUBSTANCE**
*And*
**POSSESSION OF METHAMPHETAMINE, WITH INTENT** (Paige Only)
**A SCHEDULE II CONTROLLED SUBSTANCE**
Miss. Code Ann. §41-29-139

STATE OF MISSISSIPPI
COUNTY OF RANKIN

### IN THE CIRCUIT COURT OF RANKIN COUNTY, JANUARY TERM 2019

### Recalled March 28, 2019

The Grand Jurors for the State of Mississippi, taken from the body of good and lawful citizens of Rankin County, elected, summoned, impaneled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present that:

### COUNT I

**JEREMY TRAVIS PAIGE and MADELYN JAYNE BROCK**, on or about the 1st day of August, 2018, in the county aforesaid and within the jurisdiction of this Court, did unlawfully, willfully, knowingly, feloniously and intentionally sell, distribute or transfer two (2) grams but less than ten (10) grams of Methamphetamine, a Schedule II controlled substance, to a person, in violation of Miss. Code Ann. §41-29-139, (1972, as amended);

### COUNT II

And, based upon a series of acts connected together and constituting parts of a common scheme and plan, **JEREMY TRAVIS PAIGE**, on or about the 1st day of August,

82000654

**EXHIBIT 5**

2018, in the county aforesaid and within the jurisdiction of this Court, did unlawfully, willfully, knowingly, feloniously and intentionally possess with intent to sell, distribute or transfer a quantity of two (2) grams but less than ten (10) grams of Methamphetamine, a Schedule II controlled substance, in violation of Miss. Code Ann. §41-29-139, (1972, as amended),

And all of the above (Counts I and II) being against the peace and dignity of the State of Mississippi.

**Endorsed: A True Bill**

_____    _____
FOREPERSON OF THE GRAND JURY        ASSISTANT DISTRICT ATTORNEY

## AFFIDAVIT

COMES NOW James Ray Upchurch, Foreperson of the March 28, 2019, Rankin County Grand Jury, and makes oath that this Indictment presented to this Court was concurred by twelve (12) or more members of the Grand Jury, and that at least fifteen (15) members thereof were present during all deliberations.

_____
FOREPERSON OF THE GRAND JURY

SWORN TO AND SUBSCRIBED before me on this, the 24th day of April, 2019.

**REBECCA N. BOYD, CIRCUIT CLERK
OF RANKIN COUNTY, MISSISSIPPI**

BY: _____ D.C.

IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

VS.

**JEREMY TRAVIS PAIGE**
DOB:
SSN:



**CAUSE NO. 30643 (CT II)**

**DEFENDANT**

## JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **VICKI L. GILLIAM**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are entered by the Defendant without a recommendation by the State as to sentence. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**COUNT II: POSSESSION OF MORE THAN TWO (2) GRAMS BUT LESS THAN TEN (10) GRAMS OF METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE, WITH INTENT TO DISTRIBUTE**

**IT IS FURTHER ORDERED** that sentencing is set for the **26TH DAY OF OCTOBER, 2020 at 9:00 A.M.**, in the Circuit Courtroom in the **RANKIN** County Courthouse in **BRANDON**, Mississippi, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney at or before that date and time.

**SO ORDERED AND ADJUDGED** this the 12th day of October, 2020.

_____
CIRCUIT COURT JUDGE

Page 1 of 1

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.

JEREMY TRAVIS PAIGE
DOB:
SSN:


FILED OCT 27 2020
REBECCA N. BOYD, CIRCUIT CLERK
BY

CAUSE NO. 30643 (CT II)

DEFENDANT

### ORDER OF SENTENCE

**THIS CAUSE** came on for hearing in open Court on the matter of the sentencing of the Defendant, **JEREMY TRAVIS PAIGE**, pursuant to the **JUDGMENT OF CONVICTION** entered herein and filed of record, wherein the Defendant was adjudicated to be guilty of the crime(s) of **POSSESSION OF MORE THAN TWO (2) GRAMS BUT LESS THAN TEN (10) GRAMS OF METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE, WITH INTENT TO DISTRIBUTE IN COUNT II**. In the presence of the Defendant, the Defendant's attorney, **VICKI L. GILLIAM**, and the prosecuting attorney, and being fully advised in the premises, the Court finds and determines that: a) the victim(s) and the investigating officer(s) were notified in advance of these proceedings; b) questions and comments from all interested parties were invited and those submitted were received and considered; c) the Defendant and Defendant's Attorney were given an opportunity to address the court on all matters relevant to these proceedings including the presentation of circumstances in extenuation and mitigation; d) the State was given the opportunity to address the Court as to matters relating to sentencing; and (e) sentence should now be imposed.

**IT IS, THEREFORE, FURTHER ORDERED** that the Defendant is hereby sentenced as follows:

**COUNT II: TO SERVE A TERM OF FIVE (5) YEARS IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS;**

The above sentence is ordered to run consecutively to any and all other sentences.

**IT IS FURTHER ORDERED** that the Defendant pay court costs in the amount of $458.50, a fine in the amount of $1,000.00 and a crime lab fee in the amount of $300.00 within six (6) months after release from custody.

**IT IS FURTHER ORDERED** that the Defendant be given credit for all time served in pretrial detainment on the above described charges.

**SO ORDERED AND ADJUDGED** this the 26th day of October, 2020.

_____
CIRCUIT COURT JUDGE

30643 (CT II) JEREMY TRAVIS PAIGE

1