IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEREMY TRAVIS PAIGE                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:20-cv-197-FKB

RANKIN COUNTY, et al.                                                              DEFENDANTS

ORDER

This matter is before the Court on the Show Cause Order [50] previously issued *sua sponte*. The Court observes that (1) Plaintiff has not responded to Defendants' summary judgment motion [44] and (2) the Court's last Text-Only Order mailed to Plaintiff four days after service of the summary judgment motion was returned to the Court as "not deliverable" and was also labeled "unable to forward." *See* [44], [49]. Pursuant to the Show Cause Order, the undersigned's staff mailed to Plaintiff a copy of the Show Cause Order as well as a copy of (1) Defendants' Motion for Summary Judgment [44]; (2) Defendants' Memorandum in Support of Motion for Summary Judgment [45]; and (3) Plaintiff's Inmate Records [48]. The order [50] set a deadline of March 7, 2022 for Plaintiff to show cause, in writing, why this action should not be dismissed for failure to prosecute. The order [50] also provided that this action would be dismissed pursuant to Fed. R. Civ. P. 41(b) if Plaintiff failed to comply.

As the Court has not received any response or other communication from Plaintiff since entry of the Show Cause Order [50], Plaintiff has failed to comply with the order.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this case is hereby dismissed without prejudice due to failure to prosecute.

SO ORDERED, this the 11th day of March, 2022.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE