IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEREMY TRAVIS PAIGE                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:20-cv-197-FKB

RANKIN COUNTY, et al.                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's order [51], judgment is entered for Defendants, and Plaintiff's claims are dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 11th day of March, 2022.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE